UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:25-CR-119-D-RN-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBBIONTA MONSON | ORDER TO SEAL |

Upon motion of the Defendant, Robbionta Monson, and for good cause shown, it is hereby ORDERED that the document at Docket Entry #426 be sealed until further notice by this Court, except that copies may be provided to the Assistant United States Attorney and Counsel for the Defendant.

SO ORDERED. This 4 day of November, 2026.

J. Dever

James C. Dever III
United States District Judge